UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAVIER VIDAL et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-1284-JMS-TAB |
| | ) | |
| ROBBIN M. CASSIDY et al., | ) | |
| Defendants. | ) | |

**ORDER OF ADOPTION**

The Magistrate Judge submitted his report and recommendation on Defendants' motion

for judgment on the pleadings.  Parties were afforded due opportunity pursuant to statute and the

rules of this Court to file objections.  The District Judge, having considered the Magistrate

Judge's report and recommendation and no objections have been filed, approves and adopts the

Magistrate Judge's report and recommendation.  Accordingly, Defendants' motion for judgment

on the pleadings [Docket No. 17] is granted.  Plaintiffs shall have 14 days to file a second

amended complaint.  If no amended complaint is filed within 14 days, final judgment will issue.

Dated:  09/05/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Beth Ann Garrison
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
beth.garrison@indy.gov

Jorge Luis Rodriguez
LAW OFFICE OF JORGE RODRIGUEZ
jr@indylawyer.com

Brian D. Salwowski
b.salwowski@gmail.com

Travis E. Shields
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
travis.shields@indy.gov

Alexander Phillip Will
OFFICE OF CORPORATION COUNSEL
awill@indygov.org